MARK JOSEPH KENNEY (State Bar No. 87345)
MARK I. WRAIGHT (State Bar No. 228303)
CASEY J. MCTIGUE (State Bar No. 266361)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439
cjm@severson.com

Attorneys for Defendants
BANK OF AMERICA, N.A. and BANK
OF AMERICA CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULLA LUNDGREN dba A STEP FORWARD SHOES,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A., a National Banking Association; BANK OF AMERICA CORPORATION, a Delaware Corporation; RED CORP.; BLUE CORP; and Individual DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.:  3:11-cv-00758-CW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR RULE 26(a) INITIAL DISCLOSURES, FILING OF JOINT CASE MANAGEMENT STATEMENT, AND COMPLIANCE WITH ADR REQUIREMENTS**<br><br>Trial Date: Not yet set<br>Time:<br>Dept.:     2<br>Judge:    The Hon. Claudia Wilken |

The Court's February 18, 2011 Order Setting Initial Case Management Conference and ADR Deadlines[1] provided that the parties must (1) meet and confer regarding ADR issues, early settlement, and a discovery plan; (2) file an ADR Certification; and (3) file a stipulation to ADR Process or Notice of Need for ADR Phone Conference by May 12, 2011.  The Court's Order further required the parties to file a Rule 26(f) Report, complete initial disclosures, and file a joint case management statement by May 26, 2011.

---

[1] This Order was entered by Magistrate Judge Maria-Elena James.

- 1 -

1 | In light of the continuance of the initial case management conference from June 2, 2011 until June 14, 2011, the motion to dismiss currently under submission, and the parties' desire to postpone making initial disclosures pending resolution of the pleadings in order to conserve client resources, the parties hereby JOINTLY REQUEST that the Court extend the time to provide initial Rule 26 disclosures and statements until June 7, 2011.  The parties also JOINTLY REQUEST permission to complete ADR Certification and filing of the related ADR stipulations on or before June 7, 2011.

Dated: May 25, 2011

EDWARD L. BLUM, P.C.

Edward L. Blum
Attorneys for Plaintiff
ULLA LUNDGREN dba A STEP FORWARD SHOES

Dated: May 25, 2011

SEVERSON & WERSON
A Professional Corporation

  */s/ Casey J. McTigue*
Casey J. McTigue
Attorneys for Defendants
BANK OF AMERICA, N.A. and BANK OF AMERICA CORPORATION

**ORDER**

The joint request made by all parties is GRANTED.

All parties must jointly file a Rule 26(f) Report, make Rule 26(a) initial disclosures, and file a joint Case Management Statement on or before June 7, 2011. All parties must also complete the requirements of the ADR Multi-Option Program on or before June 7, 2011.

DATED: _____5/26/2011_____

_____
Hon. Claudia Wilken
United States District Judge

- 3 -

70001/0003/923844.1            Joint Request for Continuance of Rule 26 Deadlines
                               Case No.: 3:11-cv-00758-CW