EDWARD L. BLUM, ESQ. (STATE BAR NO. 50143)
EDWARD L. BLUM, P.C.
1600 Shattuck Avenue, Suite 225
Berkeley, California 94709

TELEPHONE : (510) 452-4400
FACSIMILE : (510) 452-4406
EMAIL: edblum@blumlaw.com

Attorneys for Plaintiff ULLA LUNDGREN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULLA LUNDGREN dba A STEP FORWARD SHOES,<br><br>Plaintiff,<br>vs.<br><br>BANK OF AMERICA, N.A., a National Banking Association; BANK OF AMERICA CORPORATION, a Delaware Corporation; RED CORP.; BLUE CORP; and Individual DOES 1-100, inclusive,<br><br>Defendants. | CASE NUMBER: 4:11-cv-00758-NC<br><br>**STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED that the within matter shall be dismissed with prejudice based upon a written settlement agreement executed by and between the parties, which agreement shall hereafter govern all of the rights and duties of the respective parties.

| | |
|---|---|
| Date: May 9, 2012 | Dated: May 9, 2012 |
| EDWARD L. BLUM, P.C. | SEVERSON & WERSON, P.C. |
| */e/ Edward L. Blum* | */e/ Casey J. McTigue* |
| By: Edward L. Blum, Esq.<br>Attorney for Plaintiff, ULLA LUNDGREN DBA A STEP FORWARD SHOES | By: Casey T. McTigue, Esq.<br>Attorney for Defendants, BANK OF AMERICA, N.A., ET AL. |

Case3:11-cv-00758-NC Document46 Filed05/09/12 Page2 of 2

ORDER RE DISMISSAL

THE STIPULATION FOR DISMISSAL of this Action having been received and considered by the Court, and good cause appearing:

IT IS HEREBY ORDERED that the within Action shall be dismissed with prejudice.

Date: May 9, 2012

U.S. DISTRICT COURT JUDGE

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Nathanael M. Cousins
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND ORDER RE SETTLEMENT

Page 2

EDWARD L. BLUM P.C.
100 Shattuck Ave. Suite 225
Berkeley, California 94709
TELEPHONE: (510) 452-4400
FACSIMILE: (510) 452-4406