EDWARD L. BLUM, ESQ.     (STATE BAR NO. 50143)
EDWARD L. BLUM, P.C.
1600 Shattuck Avenue, Suite 225
Berkeley, California 94709

TELEPHONE :   (510) 452-4400
FACSIMILE :   (510) 452-4406
EMAIL:        edblum@blumlaw.com

Attorneys for Plaintiff ULLA LUNDGREN

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ULLA LUNDGREN dba A STEP FORWARD SHOES,<br><br>            Plaintiff,<br>   vs.<br><br>BANK OF AMERICA, N.A., a National Banking Association; BANK OF AMERICA CORPORATION, a Delaware Corporation; RED CORP.; BLUE CORP; and Individual DOES 1-100, inclusive,<br><br>            Defendants. | CASE NUMBER: 4:11-cv-00758-NC<br><br>**STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED that the within matter shall be dismissed with prejudice based upon a written settlement agreement executed by and between the parties, which agreement shall hereafter govern all of the rights and duties of the respective parties.

Date: May 9, 2012

EDWARD L. BLUM, P.C.

   /e/ Edward L. Blum
By: Edward L. Blum, Esq.
Attorney for Plaintiff, ULLA LUNDGREN
DBA A STEP FORWARD SHOES

Dated: May 9, 2012

SEVERSON *&* WERSON, P.C.

   /e/ Casey J. McTigue
By: Casey T. McTigue, Esq.
Attorney for Defendants, BANK OF AMERICA, N.A., ET AL.

EDWARD L. BLUM.P.C.
100 Shattuck Ave. Suite 225
Berkeley, California 94709
TELEPHONE: (510) 452-4400
FACSIMILE: (510) 452-4406

STIPULATION AND ORDER RE SETTLEMENT                                Page 1

ORDER RE DISMISSAL

THE STIPULATION FOR DISMISSAL of this Action having been received and considered by the Court, and good cause appearing:

IT IS HEREBY ORDERED that the within Action shall be dismissed with prejudice.

Date: May _9_, 2012



_____
U.S. DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Nathanael M. Cousins

EDWARD L. BLUM.P.C.
100 Shattuck Ave. Suite 225
Berkeley, California 94709
TELEPHONE: (510) 452-4400
FACSIMILE: (510) 452-4406

STIPULATION AND ORDER RE SETTLEMENT

Page 2